CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Ubaldo Cruz-Lente<br>YOB: 1999; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-10091MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about December 1, 2025, at or near Lukeville, in the District of Arizona, **Ubaldo Cruz-Lente**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on October 28, 2025, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

Count 2: On or about November 28, 2025, at or near Lukeville, in District of Arizona, **Ubaldo Cruz-Lente**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Ubaldo Cruz-Lente** is a citizen of Mexico. On October 28, 2025, **Ubaldo Cruz-Lente** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On December 1, 2025, agents found **Ubaldo Cruz-Lente** in the United States at or near Lukeville, Arizona without the proper immigration documents. **Ubaldo Cruz-Lente** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Ubaldo Cruz-Lente** admitted to illegally entering the United States of America from Mexico on or about November 28, 2025, at or near Lukeville, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

*DETENTION REQUESTED*

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

Sworn by telephone __x__

SIGNATURE OF MAGISTRATE JUDGE[1]

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
Eric R. Wood
Border Patrol Agent

DATE
December 2, 2025

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Houston